# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

**No. 22-7082**  **September Term, 2022**
FILED ON: MARCH 10, 2023

BROIDY CAPITAL MANAGEMENT LLC AND ELLIOTT BROIDY,
    APPELLEES

v.

NICOLAS D. MUZIN, ET AL.,
    APPELLEES

STATE OF QATAR,
    APPELLANT

Appeal from the United States District Court
for the District of Columbia
(No. 1:19-cv-00150)

Before: SRINIVASAN, *Chief Judge,* WILKINS and RAO, *Circuit Judges*

### **J U D G M E N T**

This cause came on to be heard on the record on appeal from the United States District Court for the District of Columbia and was argued by counsel. On consideration thereof, it is

**ORDERED** and **ADJUDGED** that the appeal be dismissed and the case be remanded to the District Court for further proceedings, in accordance with the opinion of the court filed herein this date.

### **Per Curiam**

    **FOR THE COURT:**
    Mark J. Langer, Clerk

BY:  /s/

Daniel J. Reidy
Deputy Clerk

Date: March 10, 2023

Opinion for the court filed by Circuit Judge Wilkins.