# United States Court of Appeals
### For The District of Columbia Circuit

_____

**No. 22-7082**　　　　　　　　　　　　　　　**September Term, 2022**

**1:19-cv-00150-DLF**

**Filed On: March 10, 2023** [1989463]

Broidy Capital Management LLC and Elliott Broidy,

        Appellees

    v.

Nicolas D. Muzin, et al.,

        Appellees

State of Qatar,

        Appellant

## O R D E R

    It is **ORDERED**, on the court's own motion, that the Clerk withhold issuance of the mandate herein until seven days after disposition of any timely petition for rehearing or petition for rehearing en banc. <u>See</u> Fed. R. App. P. 41(b); D.C. Cir. Rule 41. This instruction to the Clerk is without prejudice to the right of any party to move for expedited issuance of the mandate for good cause shown.

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:　/s/
　　Daniel J. Reidy
　　Deputy Clerk